BEFORE THE FIRST DIVISION, APRIL 24, 1951

No. 55478.—American Oak Preserving Co. et al. v. United States, protests 157238–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 55479.—Kuwayama & Co., Inc., et al. v. United States, protests 158324–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.